# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-686 PA (SKx) | Date | May 13, 2025 |
|---|---|---|---|
| Title | Davit Nazaryan, et al. v. David M. Radel, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **Order to Show Cause Re: Dismissal For Lack Of Prosecution**

Generally, defendants must answer the complaint within 21 days after service (60 days if the defendant is the United States). Fed. R. Civ. P. 12(a)(1). On March 13, 2025, Plaintiffs Davit Nazaryan, Milena Davtyan and Marianna Nazaryan ("Plaintiffs") filed a Proof of Service purporting to indicate service on on defendants David M. Radel, Alejandro Mayorkas, Ur Mendoza Jaddou and Merrick Garland ("Defendants") in this matter. (Docket No. 10.). But it is not apparent from the POS filed with the Court if and when any of the defendants have been served. For instance, the POS lists multiple United States Postal Service tracking numbers without specifying the date of service, the date received or the addressee. The POS also includes a list of Defendants, but fails to specify how or when each of those defendants were served. (Docket No. 10.)

Accordingly, the Court, on its own motion, orders Plaintiffs to show cause in writing on or before **May 21, 2025,** why this matter should not be dismissed for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of Plaintiffs' response. Failure to respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of the complaint.

IT IS SO ORDERED.