# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 25-686 PA (SKx) | Date | May 22, 2025 |
|---|---|---|---|
| Title | Davit Nazaryan, et al. v. David M. Radel, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **Order to Show Cause Re: Dismissal For Lack Of Prosecution**

On May 13, 2025, the Court issued an Order to Show Cause why this matter should not be dismissed for lack of prosecution. The Proof of Service filed by plaintiffs Davit Nazaryan, Milena Davtyan and Marianna Nazaryan ("Plaintiffs") purported to indicate service on defendants David M. Radel, Alejandro Mayorkas, Ur Mendoza Jaddou and Merrick Garland ("Defendants") but did not show if and when any of the defendants have been served with the Summons and Complaint. (Docket No. 10.)

On May 21, 2025, counsel for Plaintiffs filed a response to the OSC – another Proof of Service. (Docket No. 13.) This Proof of Service is similarly insufficient – it fails to identify what document or documents were served, and the date of mailing. Accordingly, the Court continues this Order to Show Cause. Plaintiffs are ordered to show cause in writing on or before **May 29, 2025,** why this matter should not be dismissed for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of Plaintiffs' response. Failure to adequately and sufficiently respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of the complaint.

IT IS SO ORDERED.